# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand twenty-six.

Before:        Myrna Pérez,
*Circuit Judge.*

_____

Neurological Surgery Practice of Long Island,
PLLC,

             Plaintiff - Appellant,

   v.

United States Department of Health and
Human Services, et al.,

             Defendants - Appellees.

_____

**ORDER**

Docket No. 25-1446

The parties jointly move the Court to hold this appeal in abeyance until May 28, 2026, in light of the anticipated issuance of a final rule by the Defendants-Appellees.

IT IS HEREBY ORDERED that the joint motion is GRANTED. The parties shall file a joint status report no later than May 28, 2026, apprising the Court of the status of the matter and submitting a proposal for further proceedings.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court